UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| OTIS C. BROWN,<br><br>        Plaintiff,<br><br>    v.<br><br>RONALD OLIVER, et al.,<br><br>        Defendants. | Case No. 2:25-cv-02249-JAD-MDC<br><br>**ORDER** |

On November 14, 2025, pro se plaintiff Otis C. Brown, an inmate in the custody of the Nevada Department of Corrections, submitted a complaint under 42 U.S.C. § 1983 and applied to proceed *in forma pauperis* ("IFP"). (ECF Nos. 1, 1-2.) Although Plaintiff filed a financial certificate and inmate trust account statement for the previous six-month period (ECF No. 1-1), his IFP application is not signed. (*See* ECF No. 1 at 3.) The Court will grant Plaintiff until **January 20, 2026**, to either pay the filing fee or submit a signed IFP application.

It is therefore ordered that Plaintiff has until **January 20, 2026**, to either pay the full $405 filing fee or file an IFP application, with the inmate's two signatures on page 3.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a <u>new</u> case number, when Plaintiff can file a complete IFP application or pay the required filing fee.

The Clerk of the Court is directed to send Plaintiff Otis C. Brown this Court's approved form application to proceed *in forma pauperis* for an inmate with instructions.

DATED: November 21, 2025

                                                Hon. Maximiliano D. Couvillier, III
                                                UNITED STATES MAGISTRATE JUDGE